**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JESUS ALBARRAN, | : | **Hon. Robert B. Kugler** |
| Petitioner, | : | Civil No. 10-2640 (RBK) |
| v. | : | |
| UNITED STATES OF AMERICA, et al., | : | **ORDER** |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this   28th   day of   December,   2010,

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED for lack of jurisdiction; and it is further

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon Petitioner, and shall close the file.

s/Robert B. Kugler
**ROBERT B. KUGLER, U.S.D.J.**